

WWW.RIVKINRADLER.COM

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000 F 516.357.3333

LAURA J. MULHOLLAND
ASSOCIATE
(516) 357-3274
laura.mulholland@rivkin.com

**By ECF**
Honorable Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street, Room 2230
New York, New York 10007

> GRANTED. The Initial Pretrial Conference scheduled to take place on March 31, 2020 is adjourned sine die. It is further ORDERED that the parties shall file a proposed Case Management Plan in compliance with the Court's Individual Rules of Practice in Civil Cases no later than April 7, 2020. Both a model Case Management Plan and the Court's Individual Rules are available at https://nysd.uscourts.gov/hon-mary-kay-vyskocil. SO ORDERED.
>
> Date: 3/17/2020
> New York, New York
>
> *Mary Kay Vyskocil*
> Mary Kay Vyskocil
> United States District Judge

Re: *Silvana Barahona and Dr. Lori Victoria Coronato v. State Farm Fire and Casualty Company*, Docket No.: 1:19-cv-10762-MKV

Dear Judge Vyskocil:

We represent Defendant, State Farm Fire and Casualty Company ("State Farm"), in the above-referenced action. In accordance with Your Honor's Individual Rules of Practice in Civil Cases, Rule 2(G), we submit this letter to request either (i) an adjournment of the Initial Pretrial Conference, currently scheduled for March 31, 2020 at 12:00 p.m.; or (ii) permission to convert the Initial Pretrial Conference into a teleconference. This is our first request for an adjournment or extension. We request this extension as part of our effort to take precautions in light of the COVID-19 virus (coronavirus) outbreak. Plaintiffs' counsel, David Karel, Esq., has consented to this request.

We thank the Court for considering our request. Please do not hesitate to contact the undersigned should the Court require anything further.

Respectfully submitted,

RIVKIN RADLER LLP

*Laura J. Mulholland*

Laura J. Mulholland

cc: All counsel of record (via ECF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/17/2020